**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                                          BKY  14-34049

Gerald A. Pozorski,

       Debtor.

---

Erik A. Ahlgren, Trustee,

       Plaintiff,                                                              ADV 15-3053

v.

Gerald A. Pozorski
and Brian Pozorski,

       Defendants.                                                       **JUDGMENT**

---

This proceeding came before the Court, and a decision or Order for judgment was duly rendered, the Honorable Katherine A. Constantine, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:**

The following assets are property of the debtor's bankruptcy estate and subject to turnover to the plaintiff-trustee: John Deere 336 Square Baler; John Deere Round Baler; John Deere Swather; Conveyor; Tractor-AC; John Deere 2425 Lawn Mower; Log Splitter; ATV and Motorized Dirt Bike.

Dated:  August 28, 2015

                                                Lori Vosejpka
                                                Clerk of Bankruptcy Court

                                          By   /e/ Jessica H. Nin
                                              Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on   8/28/15

Lori Vosejpka, Clerk By    JHN